\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **ANNETTA PEACOCK,** | : |
| | : |
| Plaintiff, | : Case No. 2:10-CV-00719 |
| | : |
| v. | : JUDGE ALGENON L. MARBLEY |
| | : |
| **ALTERCARE OF CANAL** | : Magistrate Judge Norah McCann King |
| **WINCHESTER POST-ACUTE** | : |
| **REHABILITATION CENTER, INC.** | : |
| | : |
| Defendant. | : |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the October 26, 2011 Opinion and Order, the Court GRANTED the Defendant's Motion for Summary Judgment. This action is hereby DISMISSED.

Date: **October 26, 2011**               **James Bonini, Clerk**

                                         　　s/Betty L. Clark
                                         　　Betty L. Clark/Deputy Clerk