# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **ANNETTA PEACOCK,** | |
| Plaintiff, | Case No. 2:10-CV-00719 |
| v. | JUDGE ALGENON L. MARBLEY |
| **ALTERCARE OF CANAL WINCHESTER POST-ACUTE REHABILITATION CENTER, INC.** | Magistrate Judge Norah McCann King |
| Defendant. | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the October 26, 2011 Opinion and Order, the Court GRANTED the Defendant's Motion for Summary Judgment. This action is hereby DISMISSED.

Date: **October 26, 2011**       **James Bonini, Clerk**

　　　　　　　　　　　　　　　　　　　　　　s/Betty L. Clark
　　　　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk